UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE ADAM RACINE | CIVIL ACTION |
| VERSUS | NO. 20-3141 |
| TERREBONNE PARISH CORRECTIONAL JUSTICE COMPLEX CONSOLIDATED GOVERNMENT MEDICAL STAFF | SECTION "T" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation (ECF No. 12), and considering that Plaintiff has not filed an objection within the time period provided, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff Dwayne Adam Racine's complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to FED. R. CIV. P. 41(b);

**IT IS FURTHER ORDERED** that Terrebonne Parish Correctional Justice Complex Consolidated Government Medical Staff's Motion to Dismiss (ECF No. 8), be **DENIED AS MOOT**.

New Orleans, Louisiana, this __30th__ day of __June__, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE